# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                                    )
                Plaintiff,            )
                                                    )
      v.                                     )    2:09-CR-28-RLH-(GWF)
                                                    )
MICHAEL JELINSKY, AND         )
JEFFREY JELINSKY                     )
                                                    )
                Defendants.

# FINAL ORDER OF FORFEITURE

On February 18, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant MICHAEL JELINSKY to the criminal offense, forfeiting specific property alleged in the Information and shown by the United States to have a requisite nexus to the offense to which defendant MICHAEL JELINSKY pled guilty. Information, ECF No. 5; Plea Memorandum, ECF No. 11; Preliminary Order of Forfeiture, ECF No. 13, Final Order of Forfeiture as to Defendant MICHAEL JELINSKY, ECF No. 24.

On February 18, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 1955(d) and Title 28, United States

Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant JEFFREY JELINSKY to the criminal offenses, forfeiting specific property alleged in the Information and shown by the United States to have a requisite nexus to the offenses to which defendant JEFFREY JELINSKY pled guilty. Information, ECF No. 5; Plea Memorandum, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 12, Final Order of Forfeiture as to Defendant JEFFREY JELINSKY, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2012, through October 12, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 33.

On February 18, 2009, the United States submitted the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Barbara Jelinsky, and Order. The judge signed and entered the Order on February 18, 2009, ECF No. 16.

On February 18, 2009, the United States submitted the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Leigh A. Jelinsky, and Order. The judge signed and entered the Order on February 18, 2009, ECF No. 17.

On February 18, 2009, the United States submitted the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Kristie Gulia, and Order. The judge signed and entered the Order on February 18, 2009, ECF No. 18.

On August 8, 2012, the United States filed the Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to Richard Tavano, James Scott, Louis Tavano, and Jacktrade, LLC, and Order, ECF No. 31. The judge signed and entered the Order on August 9, 2012, ECF No. 32.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. $108,509.00 in United States Currency seized from Knud Christiansen;

2. $4,957.61 in United States Currency seized from Wells Fargo Checking Account Number 515-3046148 in the Name of Jeffrey Jelinsky, 3177 Wisteria Tree Street, Las Vegas, Nevada 89135, located at Wells Fargo Bank, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

3. $1,582.33 in United States Currency seized from Wells Fargo Checking Account Number 594-3441658 in the Name of Leigh Jelinsky, 7532 Salvadora Place, Las Vegas, Nevada 89113, located at Wells Fargo Bank, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

4. $15,015.77 in United States Currency seized from Wells Fargo Money Market Savings Account Number 290-8505775 in the Name of David C. Jelinsky, a Minor by Leigh A. Jelinsky, 7532 Salvadora Place, Las Vegas, Nevada 89113, located at Wells Fargo Bank, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

5. $15,015.61 in United States Currency seized from Wells Fargo Money Market Savings Account Number 290-8505767 in the Name of Lukas J. Jelinsky, a Minor by Leigh A. Jelinsky, 7532 Salvadora Place, Las Vegas, Nevada 89113, located at Wells Fargo Bank, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

6. $36,000.00 in United States Currency seized from Bank of America Checking Account Number 5010 0083 4908 in the Name of Leigh A. Jelinsky, 7532 Salvadora Place, Las Vegas, Nevada 89113, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

7. $1,150.00 in United States Currency seized from John Astarita's person;

8. $15,982.00 in United States Currency seized from 4620 Panoramic Court, Las Vegas, Nevada;

9. $5,000.00 in United States Currency and 9 gaming tickets for various sporting events seized from John Astarita;

10. $341,800.00 in United States Currency seized from John Astarita in the form of all money, gaming chips, and negotiable instruments of safe deposit box #77 at the Rampart Hotel and Casino;

11. $75,604.05 in United States Currency seized from Bank of America Account Number 0049 6191 1409 in the name of Jacktrade LLC, 8725 Robinson Ridge Drive, Las Vegas, Nevada 89117, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

12. $23,696.90 in United States Currency seized from Bank of America Checking Account Number 5010 0047 0087 in the name of Michael Jelinsky and Barbara Jelinsky, 89 Tapadero Lane, Las Vegas, Nevada 89135, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

13. $75,883.53 in United States Currency seized from Bank of America Checking Account Number 5010 0180 1804 in the name of Kristie D. Gulia, 6008 Valley Flower Street, North Las Vegas, Nevada 89081, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

14. $29,833.00 in United States Currency seized from Jeffrey Jelinsky near 5900 West Tropicana Avenue, Las Vegas, Nevada;

15. $6,663.00 in United States Currency seized from Michael Jelinsky located at 11282 Merado Peak Drive, and on the person of Michael Jelinsky, and in the control of Michael Jelinsky;

16. Diamond Ring given by Michael Jelinsky to his Fiancé Kristie Gulia seized from Kristie Gulia;

17. $36,301.00 in United States Currency seized from Kristie Gulia on September 28, 2007;

18. $44,020.00 in United States Currency from cashed Palms Casino tickets seized from Michael Jelinsky;

19. $90,804.00 in United States Currency seized from John DeCrosta at 5370 East Craig Road #2282-37, Las Vegas, Nevada;

20. $10,010.00 in United States Currency seized from Michael Jelinsky;

21. $92,208.99 in United States Currency seized from Bank of America Checking Account Number 0049 6170 4894 in the name of International Racing Group Inc., Pari-Mutuel Customer Account, Youbet.com Attn: Dennis Cruz, 5901 Desoto Avenue, Woodland Hill, California 91367, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

22. $1,334,212.31 in United States Currency seized from Bank of America Checking Account Number 0049 7119 4119 in the name of It's All Good Buddy Inc., International Racing Group, Curacao Expense, Youbet.com, Attn: Dennis Cruz, 5901 Desoto Avenue, Woodland Hill, California 91367, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

23. $40,285.50 in United States Currency seized from Bank of America Checking Account Number 0049 7119 4122 in the name of It's All Good Buddy Inc., International Racing Group, IRG-Customer Account, Youbet.com, Attn: Dennis Cruz, 5901 Desoto Avenue, Woodland Hill, California 91367, located

at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

24. $30,000.00 in United States Currency seized from Wells Fargo Preferred Savings Account Number 9269380485 in the name of Barbara Jelinsky, 11282 Merado Peak Drive, Las Vegas, Nevada 89135, located at Wells Fargo Bank, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

25. $16,440.56 in United States Currency seized from Bank of America Checking Account Number 0050 1024 3470 in the Name of Barbara Jelinsky, 11282 Merado Peak Drive, Las Vegas, Nevada 89135, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89102;

26. $90,257.87 in United States Currency seized from Bank of America Checking Account Number 0038 1332 3913 in the name of Barbara Jelinsky, 27 Andover Drive, Wayne, New Jersey 07470, located at Bank of America, 300 South 4th Street, Las Vegas, Nevada 89101;

27. $7,095.00 in United States Currency seized from John DeCrosta;

28. $9,447.68 in United States Currency seized from Valley National Bank Checking Account Number 55289223 in the name of Barbara Jelinsky, 27 Andover Drive, Wayne, New Jersey 07470, located at Valley National Bank, 1200 Preakness Avenue, Wayne, New Jersey 07470;

29. $759.94 in United States Currency seized from Valley National Bank Checking Account Number 52555666 in the name of Leonard Jelinsky Irrevocable Trust, 27 Andover Drive, Wayne, New Jersey 07470, located at Valley National Bank, 1200 Preakness Avenue, Wayne, New Jersey 07470;

30. $2,700,000.00 in United States Currency seized from Poker Palace, and

31. in addition to the above listed items, Jeffrey and Michael Jelinsky's Money Judgment in the amount of $92,293.00 in United States Currency;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __10th__ day of __January__, 2013.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Michelle C. Lewis, certify that the following individuals were served with copies of the **FINAL ORDER OF FORFEITURE** on January 9, 2013 by the below identified method of service:

<u>CM/ECF:</u>

David Z. Chesnoff
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, NV 89101
Email: dzchesnoff@cslawoffice.net
*Counsel for Jeffrey Jelinsky and Michael Jelinsky*

Michael Pancer
LAW OFFICES OF MICHAEL PANCER
105 West F Street
San Diego, CA 92101
Email: mpancer@hotmail.com
*Counsel for Michael Jelinsky*

                                               /s/Michelle C Lewis
                                              MICHELLE C. LEWIS
                                              Forfeiture Support Paralegal Specialist